No. 80–963. MICHIGAN v. OLAH. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE would grant certiorari and reverse the judgment. JUSTICE BLACKMUN would grant certiorari and set case for oral argument.

No. 80–5432. WATKINS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. JUSTICE MARSHALL would grant certiorari and reverse the judgment. *Hicks* v. *Oklahoma,* 447 U. S. 343 (1980).